||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TK PRODUCTS, LLC, | ) | 3:16-cv-00697-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT BUCKLEY, STEVE PALADINO, USSC HOLDINGS CORP., and MUSIC CITY FIRE COMPANY, | ) ) ) ) | *and related case* |
| Defendants. | ) | |
| _____ | ) ) | |
| ROBERT BUCKLEY, STEVE PALADINO, USSC HOLDINGS CORP., and MUSIC CITY FIRE COMPANY, | ) ) ) ) | 3:16-cv-00398-RCJ-WGC |
| Plaintiffs, | ) | |
| | ) | REASSIGNMENT ORDER |
| vs. | ) | |
| | ) | |
| TK PRODUCTS, LLC, KURT O. BAUER, and TRENT C. FARRER, | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign these cases to one District Judge pursuant to Local Rule 42-1(b). Additionally,

1

reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.  Accordingly, it is hereby ordered that Case No. 3:16-cv-00697-HDM-VPC is reassigned to District Judge Robert C. Jones and Magistrate Judge William G. Cobb, and all future pleadings must bear case number 3:16-cv-00697-RCJ-WGC.

IT IS SO ORDERED.

DATED: This _7_th day of December, 2016.

_____  _____
HOWARD D. MCKIBBEN            ROBERT C. JONES
UNITED STATES DISTRICT JUDGE  UNITED STATES DISTRICT JUDGE