# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| USSC HOLDINGS CORP., *et al.*, | ) | 3:16-cv-00398-RCJ-WGC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 21, 2016 |
| TK PRODUCTS, LLC, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is the parties' Stipulation for Extension of Time for Defendants to File Responsive Pleading (ECF No. 37).  The Stipulation, other than referring to a motion for consolidation of 3:16-cv-398-RCJ-WGC with 3:16-cv-697-RCJ-WGC, does not explain why Defendants need an open-ended extension of time to respond to Plaintiffs' complaint.  The court is concerned the indefinite stay could unduly delay the disposition of this case.

The Courtroom Administrator shall calendar a hearing on the Stipulation (ECF No. 37) as soon as the court's calendar will accommodate it.  In the meantime, Defendants' obligation to respond to Plaintiffs' complaint is stayed until the court can further address the Stipulation (ECF No. 37).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>      /s/      </u>
     Deputy Clerk