## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| USSC HOLDINGS CORP., *et al.*, | ) Case No.  3:16-cv-00398-RCJ-WGC |
|  )  |
| Plaintiffs, | ) **MINUTES OF PROCEEDINGS** |
|  )  |
| vs. | ) |
|  ) January 12, 2017 |
| TK PRODUCTS, LLC., *et al.,* | ) |
|  )  |
| Defendants. | ) |
|  )  |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>   Katie Lynn Ogden   </u>     REPORTER:  <u>             FTR              </u>

COUNSEL FOR PLAINTIFFS:  <u>Ryan Cudnik (present)                                         </u>

COUNSEL FOR DEFENDANTS:  <u>  Robert Dotson (present) and Brian Chenoweth and     </u>

<u>Sandra Gustitus (telephonically)                                                                              </u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

1:34 p.m.  Court convenes.

The court hold today's conference to address the parties' stipulation extending time for Defendants to file responsive pleading (ECF No. 37).

The court reviews the status of the case, indicating the instant case and a related case (Case No. 3:16-cv-00697-RCJ-WGC) have been assigned to the same district judge and magistrate judge.  Counsel confirm they are waiting for the court's order regarding the motion to consolidate the two cases, which is subject to a dispute as to the alignment of the parties.

After hearing from counsel and considering the request to extend time, the court is not convinced the parties cannot move forward filing responsive pleadings without a decision as to the motion to consolidate.  Therefore, in the interest of case management, IT IS ORDERED that the stipulation extending time for Defendants to file a responsive pleading is **DENIED**. Defendants shall file a responsive pleading to the complaint (ECF No. 1) no later than **Friday, 2/17/2017**.

1

Minutes of Proceedings
3:16-cv-00398-RCJ-WGC
January 12, 2017

      The court reminds the parties that an interim status report is due Tuesday, 1/17/2017 (ECF No. 28).

      There being no additional matters to address at this time, court adjourns at 1:48 p.m.

                                        DEBRA K. KEMPI, CLERK OF COURT

                                        By: _____/s/_____
                                              Katie Lynn Ogden, Deputy Clerk