1   MATTHEW D. FRANCIS
Nevada State Bar No. 6978
2   RYAN J. CUDNIK
Nevada State Bar No. 12948
3   BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
4   Reno, Nevada 89511
Telephone: (775) 324-4100
5   Facsimile: (775) 333-8171
Email: mfrancis@bhfs.com
6          rcudnik@bhfs.com

7   *Attorneys for Plaintiffs USSC Holdings Corp.; Music
City Fire Co.; Robert J. Buckley; and Steve Paladino*

8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11   USSC HOLDINGS CORP., a Nevada
corporation, MUSIC CITY FIRE CO., a
12   Nevada corporation, ROBERT J.           Case Nos.    3:16-cv-00398-RCJ-WGC
BUCKLEY, an individual, STEVE                          3:16-cv-00697-RCJ-WGC
13   PALADINO, an individual,

14                                           **STIPULATION AND [PROPOSED] ORDER**
                 Plaintiffs,                **FOR DISMISSAL WITH PREJUDICE**
15
v.
16
TK PRODUCTS, LLC, an Oregon limited
17   liability company, KURT O. BAUER, an
individual, TRENT C. FARRER, an
18   individual,

19               Defendants.

20        Plaintiffs/Counterdefendants USSC Holdings Corp., Music City Fire Co., Robert J.

21   Buckley, and Steve Paladino, by and through their undersigned counsel, and

22
Defendants/Counterclaimants TK Products, LLC; Kurt O. Bauer; and Trent C. Farrer, by and
23
through their undersigned counsel, hereby stipulate to dismiss this action as well as Case
24
25   No. 3:16-cv-00697-RCJ-WGC and all claims and counterclaims with prejudice pursuant to Fed.

26   R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

27

28                                  1

*BROWNSTEIN HYATT FARBER SCHRECK, LLP*
*5371 Kietzke Lane*
*Reno, NV 89511*
*775.324.4100*

1   DATED this 6th day of November, 2017        DATED this 6th day of November, 2017

2   BROWNSTEIN HYATT FARBER SCHRECK, LLP        DOTSON LAW

3

4   By:  /s/ Ryan J. Cudnik                     By:  /s/ Sandra S. Gustitus
         Matthew D. Francis                          Robert A. Dotson
5        Ryan J. Cudnik                              One East First Street, Suite 1600
         5371 Kietzke Lane                           Reno, Nevada 89501
6        Reno, Nevada 89511                          rdotson@dotsonlaw.com
         mfrancis@bhfs.com
7        rcudnik@bhfs.com                            CHENOWETH LAW GROUP PC
                                                     Brian D. Chenoweth
8        Attorneys for Plaintiffs                    Sandra S. Gustitus
9                                                    510 SW 5th Avenue, 5th Floor
                                                     Portland, Oregon 97204
10                                                   brianc@northwestlaw.com
                                                     sgustitus@northwestlaw.com
11

12                                                   Attorneys for Defendants

13

14                          ORDER ON STIPULATION

15   IT IS SO ORDERED.

16   DATED this 6 day of November, 2017.

17

18   _____
     DISTRICT/MAGISTRATE COURT JUDGE

19

20

21

22

23

24

25

26

27

28                                    2